**PENDERGRAFT *v.* WATTS, APPELLEE; CUYAHOGA SUPPORT ENFORCEMENT AGENCY, APPELLANT.**

**[Cite as *Pendergraft v. Watts,* 129 Ohio St.3d 340, 2011-Ohio-4035.]**

*Judgment of the court of appeals reversed, and cause remanded to the court of appeals for further proceedings consistent with Pula v. Pula-Branch.*

(No. 2010-1340 — Submitted August 8, 2011 — Decided August 16, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 93808, 2010-Ohio-3196.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Pula v. Pula-Branch*, 129 Ohio St.3d 196, 2011-Ohio-2896, 951 N.E.2d 72, and the cause is remanded to the court of appeals for further proceedings consistent with this court's opinion in *Pula v. Pula-Branch*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kestra Smith and Joseph Young, Assistant Prosecuting Attorneys, for appellant, Cuyahoga Support Enforcement Agency.

_____